## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:

Bridget Marie O'Byrne
fka Bridget Marie Wagner

Case No: 19–60696 – MER

Debtor(s)

Chapter 13 Case

## ORDER CONFIRMING CHAPTER 13 PLAN

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rules 3015–1 through 3020–3 and Local Form 3015–1, that copies thereof were mailed to creditors, that a meeting of creditors was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

IT IS ORDERED:

1. The plan as filed or as modified is confirmed;
2. Any request of the debtor for termination of the stays in Part 16 of the plan is granted; and
3. Any application or motion for allowance of an administrative expense claim under 11 U.S.C. § 503(b) for preconfirmation legal services shall be filed no later than 90 days after the entry of this order.

Dated: 1/29/20

Michael E Ridgway
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on January 29, 2020
Lori Vosejpka Clerk, United States Bankruptcy Court
By: amm Deputy Clerk

**mnbocnf13nf** – 13ocnfnf 1/2/2019